Exhibit 7:
January 23, 2025
Inspection Report
Saginaw Facility



United States Department of Agriculture  
Animal and Plant Health Inspection Service

CBONGARD  
**INS-0001228664**

## Inspection Report

K&M Pets LLC  
4301 Kirkwood Dr  
Saginaw, MI 48638

Customer ID: **6011853**  
Certificate: **34-B-0244**  
Site: 001  
K&M Pets LLC

Type: ATTEMPTED INSPECTION  
Date: 23-JAN-2025

**2.126(b)**          Critical          Repeat

**Access and inspection of records and property; submission of itineraries.**

A responsible adult was not available to accompany APHIS Officials during the inspection process at 11:10 AM on 23JAN2025.  
The inspector attempted to contact the licensee by phone, text and email.  
Failure to provide access to the facility, animals, and records for inspection is a serious violation of the AWA and regulations. Failure to comply may result in enforcement action.


Additional Inspectors:

KURT HAMMEL, VETERINARY MEDICAL OFFICER

**Prepared By:**   CARRIE BONGARD  
                   USDA, APHIS, Animal Care  
**Title:**   ANIMAL CARE INSPECTOR

**Date:**  
23-JAN-2025

**Received by Title:**   Licensee

**Date:**  
23-JAN-2025



United States Department of Agriculture  
Animal and Plant Health Inspection Service

Customer: 6011853  
Inspection Date: 23-Jan-2025

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 6011853 | 34-B-0244 | 001 | K&M Pets LLC | 23-JAN-2025 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000000 | NONE | NONE |
| 000000 | Total | |