Exhibit 13:

August 14, 2024

Routine Inspection Report

Saginaw Facility



United States Department of Agriculture
Animal and Plant Health Inspection Service

CBONGARD

**INS-0001085287**

## Inspection Report

K&M Pets LLC

4301 Kirkwood Dr
Saginaw, MI 48638

Customer ID: **6011853**

Certificate: **34-B-0244**

Site: 001

K&M Pets LLC

Type: ROUTINE INSPECTION

Date: 14-AUG-2024

---

**2.40(a)(1)**               **Direct**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

The licensee does not currently have an Attending Veterinarian (AV) and there are multiple animals in need of care for serious behavioral, nutritional, and medical concerns. During the inspection the licensee named their "Attending Veterinarian" and when asked for their written Program of Veterinary Care (PVC) they pointed to a veterinarian's name posted at the facility. As multiple animals were observed in need of care, the inspector contacted that veterinarian by phone. The veterinarian stated that they did not agree to be the AV for this facility. They stated that the licensee had reached out and asked them to be their attending veterinarian, but they declined. Attending Veterinarians are responsible for ensuring both the provision of adequate veterinary care and adequacy of other aspects of animal care and use. At the time of inspection there are several animals requiring guidance and instruction from an AV regarding their facilities, primary enclosures, nutrition, behavioral management and medical treatment. These animals include several coati and kinkajou exhibiting obvious signs of behavioral stress, one juvenile hyena being fed a diet lacking essential nutrients, and a rabbit whose hind end and underside was soaked in urine/feces matted into its hair and reddened skin. A knowledgeable and experienced attending veterinarian is critical to assist licensees ensure the adequacy of their animal care and use. Failure to have an attending veterinarian can lead to the development of disease and delays in treatment resulting in unnecessary suffering. Correct by entering into a formal arrangement to employ a veterinarian with the skills and experience necessary for the species maintained at this facility. Additionally, ensure that they have completed a visit to the premise, have a schedule for regular visits in the future, and have the authority to ensure the provision of adequate veterinary care and other aspects of animal care and use. In the case of a part-time veterinarian, further ensure that there is a written program of veterinary care outlining the care required for the species of animals that you maintain.
Correct by 11:59 PM local time on August 16, 2024.

**2.40(b)(2)**               **Direct**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

There is a male white angora-type rabbit that has a significant amount of wet fur covered with brown liquid that appears to be a mixture of urine and/or diarrhea under the rabbit's tail, covering its genitals and pelvic area, and extending over the inner aspect of both hind legs nearly to the foot and extending nearly to the rabbit's belly. Because of the large area impacted and significant color contrast, this condition is easily visualized with the rabbit sitting, standing, or laying down. In several places the fur appears matted with the liquid and in others there is hair loss. The underlying skin is red and appears inflamed. When this condition was pointed out to the facility representative, they stated that they had not noticed it previously. Since the condition had not been observed, the condition had not been diagnosed by a veterinarian and the

---

**Prepared By:**   CARRIE BONGARD

USDA, APHIS, Animal Care

**Title:**   ANIMAL CARE INSPECTOR

**Date:**
15-AUG-2024

**Received by Title:**   Facility Representative

**Date:**
15-AUG-2024



United States Department of Agriculture
Animal and Plant Health Inspection Service

CBONGARD

**INS-0001085287**

## Inspection Report

rabbit was not undergoing any treatment.

A 4- to 5-month-old spotted hyena was moving abnormally at the time of inspection. The hyena was moving in a jerky manner that appeared consistent with lameness resulting from pain, poor muscle development, or hind limb instability. The very small size of the enclosure and facility's lack of a larger space to safely evaluate the gait limited the proper assessment of this animal's condition. This hyena is being fed a diet lacking essential nutrients and has been fed that diet for several months. The hyena has not been examined by a veterinarian and no diagnosis as to the cause of the abnormal gait that was observed has been determined.

All dealers must ensure that all animals are provided with adequate veterinary care to prevent, control, diagnose, and treat diseases and injuries. Failure to provide adequate veterinary care can result in unnecessary suffering resulting from the spread of disease between animals and delays in treatment of impacted animals, as occurred with this rabbit. Correct by ensuring that this rabbit and hyena are examined and diagnosed by a veterinarian and that the treatment plan is followed according to their instructions. Additionally, ensure that adequate daily observations are made to effectively assess the animal's health and well-being so that when problems are identified, they can be communicated to the Attending Veterinarian in a timely manner.

Correct by 11:59 PM local time on August 16, 2024.

**2.131(b)(1)**          **Direct**

**Handling of animals.**

The handling of two kinkajou, two coati and one fox has not been done as carefully as possible and has resulted in unnecessary distress to these animals.
-The facility currently houses two kinkajous in the back room next to the hyena. Although no visual contact can be made when the animals are in their primary enclosure, both species can smell one another and hear the near constant vocalizations made by the other species housed so closely. The hyena was heard vocalizing a low growling noise almost continuously by the inspector while the kinkajou were constantly hissing while pacing continuously. These behaviors are significant signs of distress for these species. Additionally, the enclosures are located adjacent to one another and are close enough that the kinkajou could easily reach out of their enclosure and into the hyena enclosure.
-The facility is housing a red fox (white colored variant with grey on its ears and head) in the public area of the pet store. This animal is housed in a pen on the ground that is approximately 4 feet by 5 feet and 4 feet tall. This enclosure is open topped and located at the end of a row of enclosures. Members of the public and the free-roaming dogs are able to (and were observed) approaching from three sides of this enclosure functionally surrounding the fox. There are no visual barriers or areas for this fox to hide. During the inspection this fox was seen pacing while partially crouched and holding its ears down and laid back. It also was observed defecating, which can be a stress behavior. The pacing behavior became more frantic as the fox was approached by a dog, children, and an adult member of the public, and particularly when approached from multiple sides. The behavior of this animal indicated significant distress resulting from its inability to hide.
-The two coati are housed in the public area of the pet store. There are no visual barriers and no areas for these animals to hide. There are numerous dogs that are allowed to freely roam throughout the store and are able to approach the enclosures. Additionally, the younger coati is house between an enclosure housing a fox and one housing a puppy with only the wire of their two enclosures separating the coati from either animal. In the wild, coati are frequently predated by larger animals and therefore, they are attuned to the presence of predators and may become easily distressed by the

| | | |
|---|---|---|
| **Prepared By:** | CARRIE BONGARD | **Date:** |
| | USDA, APHIS, Animal Care | 15-AUG-2024 |
| **Title:** | ANIMAL CARE INSPECTOR | |
| | | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 15-AUG-2024 |



United States Department of Agriculture                                          CBONGARD
Animal and Plant Health Inspection Service                              **INS-0001085287**

## Inspection Report

sights, sounds, and smells of potential predators when they are unable to hide. These coati were both observed exhibiting stress behaviors such as continuous pacing during the inspection. Additionally, like raccoons, coati frequently manipulate objects and food with their hands, and there is nothing that prevents this animal from reaching into the dog or fox's enclosure presenting additional risk.

The environments provided to the kinkajous and coatis lack any opportunities for seclusion, such as dens, hide boxes, pouches, or places to feel secure in their surroundings. All four animals exhibited observable and obvious signs of stress and abnormal behaviors such as pacing and hissing.

Handling of all animals, including placement and housing, shall be done as expeditiously and carefully as possible in a manner that does not cause trauma, behavioral stress, physical harm, or unnecessary discomfort. The animals must be provided opportunities for seclusion from prey species and members of the public.

Correct by 11:59 PM local time on August 16, 2024.

**3.128**                            **Direct**

**Space requirements.**

Multiple animals (1 Spotted hyena, 2 Coati, and 2 kinkajou) were not provided sufficient space to make normal postural and social adjustments with adequate freedom of movement.

-The primary enclosure housing one juvenile four- to five-month-old spotted hyena measures 42 inches by 26.5 inches and is 31 inches high. The enclosure is so small that the hyena touches both the back and front wall when attempting to turn. The hyena is in constant motion without purpose with various vocalizations being heard including what sounded like a growling noise. The facility representative initially stated that the hyena had not been out of the enclosure for two weeks when asked by the inspector. The representative then modified that period of time to last week and later daily. The licensee has not consulted an attending veterinarian for routine care and husbandry, including space requirements. This enclosure is not large enough to allow for the development of proper musculature for a growing animal. Additionally, the restricted size of the enclosure does not allow for evaluation of gait abnormalities, like limping, or other health concerns, as normal postural adjustments and movements are not possible. There are no additional or larger enclosures at the facility that are appropriate for the hyena to provide sufficient space for normal behavior and movement or assessment of gait abnormalities.

-The kinkajous housed in the holding area are in an enclosure which is smaller than the animals are with their tails extended. This enclosure is approximately 33 inches by 26 inches. This enclosure is two levels high, but the floor space on each level is insufficient to allow two animals to make species typical postural and social adjustments. When their tails are held outwards, each animal is longer than the cage and both animals were observed attempting to pace in the very small space often holding their bodies in a curved position. This species are nocturnal and arboreal, typically in the wild spending their lives in trees. The space provided did not provide opportunities to express these behaviors.

Lack of appropriate space for animals that allows normal social and postural adjustments can result in physical injury and unnecessary distress to animals. All of these animals were exhibiting behavioral signs of distress including pacing and vocalization. Additionally, normal daily observations of the health status of the animals is presently impaired by the insufficient space.

The affected animals must be moved to primary enclosures that are constructed and maintained so as to provide

| | | |
|---|---|---|
| **Prepared By:** | CARRIE BONGARD | **Date:** |
| | USDA, APHIS, Animal Care | 15-AUG-2024 |
| **Title:** | ANIMAL CARE INSPECTOR | |

| | | |
|---|---|---|
| **Received by Title:** | Facility Representative | **Date:** |
| | | 15-AUG-2024 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

CBONGARD

**INS-0001085287**

## Inspection Report

sufficient space to allow each animal to make normal postural and social adjustments with adequate freedom of movement.

Correct by 11:59 PM local time on August 16, 2024.

**3.129(a)**             **Direct**

**Feeding.**

-The diet being fed to the hyena is not nutritionally complete for the animal's species and age. According to the facility representative, the approximately four to five-month-old hyena is being fed a diet consisting solely of 3 or 4 chicken thighs and a bone-in pork chop once or twice daily. One portion is offered in the morning and if the hyena eats it, a second equal-sized portion is offered in the evening. The facility representative confirmed that they are not providing nutritional supplements, such as calcium or a multi-vitamin. When asked about this animal, and specifically the diet, the facility representative stated that it is their first hyena and that they learned about the care from books and google. The veterinarian that was reported as the Attending Veterinarian (but was not acting in that capacity) confirmed that they were not consulted regarding the diet for this animal. The diet is lacking essential vitamins and minerals for for a young, growing hyena. Diets fed to young, growing animals that are deficient in calcium or have an imbalance in the calcium -to-phosphorus ratio are known to lead to metabolic bone disease, a condition that is severely painful and debilitating, and can lead to significant morbidity and mortality. Deficiencies in other nutrients may lead to many other metabolic conditions. The evaluation of the overall health status of this animal is significantly compromised by the small size of the primary enclosure that prevents normal postural adjustments, including locomotion. Potential signs of lameness including apparent lameness in the right front leg and hindlimbs were noted by the inspectors, but further evaluation by a veterinarian is needed. The hyena has not been evaluated by a veterinarian since it's acquisition.
- According to the facility representative the diet for the juvenile kinkajou consists of ½ of a mashed banana, 3.4 oz. Gerber fruit baby food, and 1-2 mashed monkey biscuits (Exotic Nutrition brand, high energy "Standard" formulation). The diet for the adult Kinkajou consists of approximately 3 oz. sweet potatoes, 2 bananas, and 5 old world monkey biscuits. Kinkajous primarily consume a wide variety of seasonally-available fruits throughout the year, as well as some additional protein sources. Fruits consumed in the wild are lower in sugar, starch, and moisture content, while being higher in protein, fiber, and vitamin/mineral content than those commercially available. To avoid feeding unbalanced diets, the food provided to kinkajous should include varied fruit, an appropriate protein source, and be relatively low in simple sugars, and total caloric intake to prevent obesity and diabetes mellitus (which this species is prone to). The diet being presented to these animals appears high in simple sugars and is not sufficiently varied to ensure that they are meeting all of their nutritional needs.
Correct by ensuring that the diet fed to this hyena, the five kinkajous and all animals at the facility is nutritionally complete, wholesome, palatable and prepared with consideration for the age, species, condition, size, and type of animal.

Correct by 11:59 PM local time on August 16, 2024.

This inspection and exit interview were conducted with a facility representative.

A complete routine inspection was conducted on August 14-15, 2024. This inspection report is limited to the Direct non-compliances that were identified during that inspection. An exit briefing was conducted on August 15, 2024 for this report

| | |
|---|---|
| **Prepared By:** CARRIE BONGARD | **Date:** |
| USDA, APHIS, Animal Care | 15-AUG-2024 |
| **Title:** ANIMAL CARE INSPECTOR | |

| | |
|---|---|
| **Received by Title:** Facility Representative | **Date:** |
| | 15-AUG-2024 |



## Inspection Report

with a facility representative. An additional inspection report will be delivered with the other issues identified during this inspection.


Additional Inspectors:

KURT HAMMEL, VETERINARY MEDICAL OFFICER


**Prepared By:**   CARRIE BONGARD

**Date:**
15-AUG-2024

USDA, APHIS, Animal Care

**Title:**   ANIMAL CARE INSPECTOR


**Received by Title:**   Facility Representative

**Date:**
15-AUG-2024



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 6011853
Inspection Date: 14-Aug-2024

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 6011853 | 34-B-0244 | 001 | K&M Pets LLC | 14-AUG-2024 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000042 | *Atelerix algirus* | ALGERIAN HEDGEHOG |
| 000002 | *Chinchilla lanigera* | CHINCHILLA |
| 000004 | *Cavia porcellus* | DOMESTIC GUINEA PIG |
| 000001 | *Choloepus didactylus* | LINNAEUS'S TWO-TOED SLOTH |
| 000001 | *Petaurus breviceps* | SUGAR GLIDER |
| 000001 | *Canis familiaris* | DOG PUPPY |
| 000002 | *Mustela putorius furo* | DOMESTIC FERRET |
| 000002 | *Mesocricetus auratus* | SYRIAN / GOLDEN HAMSTER |
| 000011 | *Melopsittacus undulatus* | BUDGERIGAR / BUDGIE / COMMON PARAKEET / SHELL PARAKEET |
| 000002 | *Myiopsitta monachus* | MONK PARAKEET / QUAKER PARROT |
| 000005 | *Nymphicus hollandicus* | COCKATIEL |
| 000003 | *Agapornis spp hybrid* | LOVEBIRD HYBRID |
| 000003 | *Bolborhynchus lineola* | BARRED PARAKEET / LINEOLATED PARAKEET |
| 000010 | *Oryctolagus cuniculus* | DOMESTIC RABBIT / EUROPEAN RABBIT |
| 000002 | *Vulpes vulpes* | RED FOX (INCLUDES SILVER FOX & CROSS FOX) |
| 000007 | *Potos flavus* | KINKAJOU |
| 000005 | *Taeniopygia guttata* | ZEBRA FINCH / TIMOR ZEBRA FINCH |
| 000001 | *Ara chloropterus* | RED-AND-GREEN MACAW / GREEN-WINGED MACAW |
| 000005 | *Meriones unguiculatus* | MONGOLIAN GERBIL |
| 000001 | *Crocuta crocuta* | SPOTTED HYENA |
| 000002 | *Nasuella olivacea* | MOUNTAIN COATI |
| 000002 | *Cynomys ludovicianus* | BLACK-TAILED PRAIRIE DOG |
| 000001 | *Streptopelia capicola* | BARBARY DOVE / RINGED TURTLE-DOVE / RINGNECK DOVE |
| 000001 | *Euphractus sexcinctus* | YELLOW ARMADILLO |
| 000001 | *Didelphis virginiana* | VIRGINIA OPOSSUM |
| 000001 | *Procyon lotor* | RACCOON |
| 000001 | *Pavo cristatus* | INDIAN PEAFOWL / COMMON PEAFOWL / PEAHEN / PEACOCK |
| 000008 | *Lonchura striata domestica* | SOCIETY FINCH / BENGALESE FINCH |
| 000001 | *Trichoglossus moluccanus* | RAINBOW LORIKEET |
| 000001 | *Psittacula cyanocephala* | PLUM-HEADED PARAKEET |
| 000003 | *Geopelia cuneata* | DIAMOND DOVE |
| 000132 | **Total** | |



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 6011853
Inspection Date: 14-Aug-2024

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 6011853 | 34-B-0244 | 001 | K&M Pets LLC | 14-AUG-2024 |



**CFR:3.128**

**Photographer:** kh                    **Certificate:** 34-B-0244
**Date and Time:** 8/15/2024 12:44 PM **Legal Name:** K&M Pets LLC
**Inspection No:** 2016090001085288   **Facility Name:** K&M Pets LLC
**Description:** The young coati pacing due to lack of space.



**CFR:3.128**

**Photographer:** clb          **Certificate:** 34-B-0244
**Date and Time:** 8/14/2024 12:42 PM **Legal Name:** K&M Pets LLC
**Inspection No:** 2016090001085288   **Facility Name:** K&M Pets LLC
**Description:** Pacing of the adult coati caused by lack of space.



**CFR:3.128**

**Photographer:** clb          **Certificate:** 34-B-0244
**Date and Time:** 8/15/2024 12:39 PM **Legal Name:** K&M Pets LLC
**Inspection No:** 2016090001085288   **Facility Name:** K&M Pets LLC
**Description:** Both coati showing stress behavior due to lack of space



**CFR:3.128**

**Photographer:** kh

**Certificate:** 34-B-0244

**Date and Time:** 8/15/2024 12:32 PM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001085288

**Facility Name:** K&M Pets LLC

**Description:** Stereotypical behaviors exhibited by the hyena in an enclosure that is too small and measures 31" high by 42" wide by 26.5" deep. The hyena cannot turn around without contorting its body.



**CFR:2.131(b)(1)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 12:27 PM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001085288

**Facility Name:** K&M Pets LLC

**Description:** Prey animals including a kinkajou, two ferrets and two coati house within view of predator animals such as the fox, a husky puppy in an enclosure and free roaming dogs.



**CFR:2.131(b)(1)**

**Photographer:** kh

**Certificate:** 34-B-0244

**Date and Time:** 8/15/2024 12:25 PM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001085288

**Facility Name:** K&M Pets LLC

**Description:** The young coati showing stress behavior of constantly pacing a single wall of its enclosure.



**CFR:2.131(b)(1)**

**Photographer:** clb                    **Certificate:** 34-B-0244
**Date and Time:** 8/14/2024 12:23 PM **Legal Name:** K&M Pets LLC
**Inspection No:** 2016090001085288   **Facility Name:** K&M Pets LLC
**Description:** Video of the adult coati constantly pacing due to stress.



**CFR:2.131(b)(1)**

**Photographer:** kh

**Date and Time:** 8/15/2024 11:15 AM

**Inspection No:** 2016090001085288

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** A single red fox exhibited showing signs of stress behaviors and has no where to go to hide from the public.



**CFR:2.131(b)(1)**

**Photographer:** kh

**Certificate:** 34-B-0244

**Date and Time:** 8/15/2024 11:15 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001085288

**Facility Name:** K&M Pets LLC

**Description:** A single red fox exhibited showing signs of stress behaviors and has no where to go to hide from the public.



**CFR:2.131(b)(1)**

**Photographer:** kh                                   **Certificate:** 34-B-0244

**Date and Time:** 8/15/2024 11:15 AM          **Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001085288             **Facility Name:** K&M Pets LLC

**Description:** A single red fox exhibited showing signs of stress behaviors and has no where to go to hide from the public. There are no barriers or attendants and the public has access to the fox.



**CFR:2.131(b)(1)**

**Photographer:** kh

**Date and Time:** 8/15/2024 11:19 AM

**Inspection No:** 2016090001085288

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** Two kinkajous housed in a back room in a small enclosure next to a hyena. These kinkajou are showing signs of stress with constant pacing and vocalization.



**CFR:2.131(b)(1)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 12:14 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001085288

**Facility Name:** K&M Pets LLC

**Description:** Two kinkajous housed in a back room in a small enclosure next to a hyena. These kinkajou are showing signs of stress with constant pacing and vocalization.



**CFR:2.40(b)(2)**

**Photographer:** kh

**Certificate:** 34-B-0244

**Date and Time:** 8/15/2024 11:38 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001085288

**Facility Name:** K&M Pets LLC

**Description:** A single spotted hyena in an enclosure that does not have sufficient size. The animal is exhibiting signs of stress by pacing with constant vocalization and jerking movement.



**CFR:2.40(b)(2)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 11:43 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001085288

**Facility Name:** K&M Pets LLC

**Description:** A white angora rabbit with brown, wet staining in the pelvic area and reddened skin. This veterinary condition had not been observed and therefore there has been no veterinary diagnosis or treatment.



**CFR:2.40(b)(2)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 11:43 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001085288

**Facility Name:** K&M Pets LLC

**Description:** A white angora rabbit with brown, wet staining in the pelvic area and reddened skin. This veterinary condition had not been observed and therefore there has been no veterinary diagnosis or treatment.