Exhibit 14:

August 14, 2024

Focused Inspection Report

Saginaw Facility



United States Department of Agriculture
Animal and Plant Health Inspection Service

CBONGARD

**INS-0001087490**

## Inspection Report

K&M Pets LLC

4301 Kirkwood Dr
Saginaw, MI 48638

Customer ID: **6011853**

Certificate: **34-B-0244**

Site: 001

K&M Pets LLC

Type: FOCUSED INSPECTION

Date: 14-AUG-2024

**2.75(b)(1)**

**Records: Dealers and exhibitors.**

The licensee is not keeping a record of animals on hand that includes both births and deaths at the facility. The facility has a group of hedgehogs that they purposefully breed for sale. The only records kept at the facility are individual acquisition and disposition records for animals acquired from other facilities.
Records are required to trace and track animals in case of disease and to ensure there are not high mortality rates.
Every dealer shall make, keep, and maintain records or forms which fully and correctly disclose the following information concerning animals other than dogs and cats, purchased or otherwise acquired, owned, held, leased, or otherwise in his or her possession or under his or her control, or which is transported, sold, euthanized, or otherwise disposed of by that dealer or exhibitor. The records shall include any offspring born of any animal while in his or her possession or under his or her control.
To be corrected from this day forward, August19, 2024

**2.131(a)**

**Handling of animals.**

The licensee lacks knowledge and experience with the spotted hyena, coatis and kinkajous that they maintain. This lack of knowledge is demonstrated by the feeding of inappropriate diets for the animals and lack of knowledge of appropriate enclosures, including size of enclosure and positioning prey animals near or in sight of predator animals. There is no one at the facility that has any prior experience working with hyenas.
Lack of knowledge of the animals maintained at the facility leads to poor diet and stress behaviors. Poor diet can result in metabolic bone disease, poor body and muscle development and other metabolic diseases, including diabetes. Lack of space and being positioned in enclosure near predators can lead to abnormal stress behaviors, such as pacing noted during the inspection.
All licensees who maintain wild or exotic animals must demonstrate adequate experience and knowledge of the species they maintain. Acquisition of such knowledge and experience can be attained by a variety of means, such as expert consultants or an employing and Attending Veterinarian with training and experience with these species.
To be corrected from this day forward, August 19, 2024

**2.131(d)(2)**

**Handling of animals.**

| | | |
|---|---|---|
| Prepared By:   CARRIE BONGARD | | Date: |
| | USDA, APHIS, Animal Care | 19-AUG-2024 |
| Title:   ANIMAL CARE INSPECTOR | | |
| Received by Title:   Facility Representative | | Date: |
| | | 19-AUG-2024 |



United States Department of Agriculture
CBONGARD

Animal and Plant Health Inspection Service
**INS-0001087490**

## Inspection Report

There are no attendants or employees that are identifiable in any way. The public has contact with all animals without the presence of any attendant or employee. The inspectors noted juvenile and adult members of the public having their faces near the primary enclosures and sticking their fingers, hands, arms and faces near and in the primary enclosures for the fox, kinkajous and coatis. There was also a young girl that took the young kinkajou out of its enclosure and carried it around without any attendants around. The employees, when present, did not prevent the juvenile and adult members of the public from directly contacting the animals and handling them improperly.

Allowing the public free access to all animals without an attendant present or attendants that do not intervene to prevent free access can lead to the animal being dropped, or an animal to escape which can lead to animal injury. Members of the public may receive injuries, such as bites or scratches.
A responsible, knowledgeable, and readily identifiable employee or attendant must be present at all times during periods of public contact to protect the animals and members of the public.

To be corrected by August 23, 2024

**2.132(d)**                    **Critical**

**Procurement of dogs, cats, and other animals; dealers.**

According to records reviewed by the inspectors, the licensee acquired three skunks on July 3, 2024, from an unlicensed breeder.
All licensees must acquire wild and exotic animals from a licensed facility. A license is required to ensure all parties are in compliance with the animal welfare act.
No dealer or exhibitor shall knowingly obtain any dog, cat, or other animal from any person who is required to be licensed but who does not hold a current, valid, and unsuspended license.
To be corrected from this day forward, August 19, 2024

**2.134(a)**

**Contingency planning.**

The existing contingency plan does not contain provisions related to the potential for escape of animals. This component of the plan is vitally important, especially when a facility has dangerous animals, such as a hyena.
Lack of a contingency for the escape of an animal, especially a dangerous animal, can lead to injury to the public, and/or animal injury or death. Without this plan component, appropriate methods and equipment necessary for the prompt recovery of animals may not be available should an escape occur.
Dealers must develop, document, and follow an appropriate plan to provide for the humane handling, treatment, transportation, housing, and care of their animals in the event of an emergency or disaster (one which could reasonably be anticipated and expected to be detrimental to the good health and well-being of the animals in their possession). Such contingency plans must identify situations the licensee or registrant might experience that would trigger the need for the measures identified in a contingency plan to be put into action including, but not limited to, emergencies such as electrical outages, faulty HVAC systems, fires, mechanical breakdowns, and animal escapes, as well as natural disasters most likely to be experienced.
To be corrected by August 28, 2024

**3.6(a)(2)(i)**

| | |
|---|---|
| **Prepared By:**   CARRIE BONGARD | **Date:** |
|                              USDA, APHIS, Animal Care | 19-AUG-2024 |
| **Title:**   ANIMAL CARE INSPECTOR | |
| | |
| **Received by Title:**   Facility Representative | **Date:** |
| | 19-AUG-2024 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

CBONGARD

**INS-0001087490**

## Inspection Report

**Primary enclosures.**

The primary enclosure housing the puppy has a hole in the wire mesh of approximately six inches in diameter. Wire has been loosely woven through the opening. There are sharp points on this wire and the puppy was seen sticking his head through the loose wire.
Primary enclosures that are not maintained in good repair and have sharp points can cause injury to the dogs/puppies. The puppy may get its head stuck resulting in injury.
Primary enclosures must be constructed and maintained so that they have no sharp points or edges that could injure the dogs. The primary enclosures must contain the dogs securely and keep other animals from entering the enclosure.
To be corrected by end of business August 20, 2024

**3.56(b)**

**Sanitation.**

The primary enclosure for the white angora rabbit housed with a white rabbit with black ears has the vinyl coming off the wire part of the enclosure and the wires have surface rust.
Rust is a porous material and therefore cannot be properly sanitized. Sanitizing of enclosures is required to help eliminate odor, pests and disease hazards.
Ensure all rabbit enclosures are free of rust so that primary enclosures for rabbits can be sanitized at least once every 30 days in the manner provided in paragraph (b)(3) of this section.
To be corrected by August 23, 2024


This inspection and exit interview were conducted with a facility representative.

This is a continuation of the report for the routine inspection conducted August 14, 2024 and August 15, 2024 and contains the remaining non-compliances found during the inspection. The exit briefing for the items included on this report was conducted on August 19, 2024.


Additional Inspectors:

KURT HAMMEL, VETERINARY MEDICAL OFFICER


| Prepared By: | CARRIE BONGARD | Date: |
| --- | --- | --- |
| | USDA, APHIS, Animal Care | 19-AUG-2024 |
| Title: | ANIMAL CARE INSPECTOR | |

| Received by Title: | Facility Representative | Date: |
| --- | --- | --- |
| | | 19-AUG-2024 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 6011853
Inspection Date: 14-Aug-2024

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 6011853 | 34-B-0244 | 001 | K&M Pets LLC | 14-AUG-2024 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000042 | *Atelerix algirus* | ALGERIAN HEDGEHOG |
| 000002 | *Chinchilla lanigera* | CHINCHILLA |
| 000004 | *Cavia porcellus* | DOMESTIC GUINEA PIG |
| 000001 | *Choloepus didactylus* | LINNAEUS'S TWO-TOED SLOTH |
| 000001 | *Petaurus breviceps* | SUGAR GLIDER |
| 000001 | *Canis familiaris* | DOG PUPPY |
| 000002 | *Mustela putorius furo* | DOMESTIC FERRET |
| 000002 | *Mesocricetus auratus* | SYRIAN / GOLDEN HAMSTER |
| 000011 | *Melopsittacus undulatus* | BUDGERIGAR / BUDGIE / COMMON PARAKEET / SHELL PARAKEET |
| 000002 | *Myiopsitta monachus* | MONK PARAKEET / QUAKER PARROT |
| 000005 | *Nymphicus hollandicus* | COCKATIEL |
| 000003 | *Agapornis spp hybrid* | LOVEBIRD HYBRID |
| 000003 | *Bolborhynchus lineola* | BARRED PARAKEET / LINEOLATED PARAKEET |
| 000010 | *Oryctolagus cuniculus* | DOMESTIC RABBIT / EUROPEAN RABBIT |
| 000002 | *Vulpes vulpes* | RED FOX (INCLUDES SILVER FOX & CROSS FOX) |
| 000007 | *Potos flavus* | KINKAJOU |
| 000005 | *Taeniopygia guttata* | ZEBRA FINCH / TIMOR ZEBRA FINCH |
| 000001 | *Ara chloropterus* | RED-AND-GREEN MACAW / GREEN-WINGED MACAW |
| 000005 | *Meriones unguiculatus* | MONGOLIAN GERBIL |
| 000003 | *Geopelia cuneata* | DIAMOND DOVE |
| 000001 | *Crocuta crocuta* | SPOTTED HYENA |
| 000002 | *Nasuella olivacea* | MOUNTAIN COATI |
| 000002 | *Cynomys ludovicianus* | BLACK-TAILED PRAIRIE DOG |
| 000001 | *Streptopelia capicola* | BARBARY DOVE / RINGED TURTLE-DOVE / RINGNECK DOVE |
| 000001 | *Euphractus sexcinctus* | YELLOW ARMADILLO |
| 000001 | *Didelphis virginiana* | VIRGINIA OPOSSUM |
| 000001 | *Procyon lotor* | RACCOON |
| 000001 | *Pavo cristatus* | INDIAN PEAFOWL / COMMON PEAFOWL / PEAHEN / PEACOCK |
| 000008 | *Lonchura striata domestica* | SOCIETY FINCH / BENGALESE FINCH |
| 000001 | *Psittacula cyanocephala* | PLUM-HEADED PARAKEET |
| 000001 | *Trichoglossus moluccanus* | RAINBOW LORIKEET |
| 000132 | **Total** | |



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 6011853
Inspection Date: 14-Aug-2024

**Species Inspected**

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 6011853 | 34-B-0244 | 001 | K&M Pets LLC | 14-AUG-2024 |



**CFR:2.131(d)(2)**

**Photographer:** kh

**Certificate:** 34-B-0244

**Date and Time:** 8/15/2024 11:29 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** A member of the public face to face with the baby kinkajou and her fingers inside the enclosure.



CFR:3.56(b)

**Photographer:** clb

**Date and Time:** 8/14/2024 11:57 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** Areas of plastic coating that are no longer present and the wire has rust. This enclosure housed the white angora rabbit with a white rabbit with black ears. Rust is a porous material that cannot be sanitized.



**CFR:3.6(a)(2)(i)**

**Photographer:** kh                          **Certificate:** 34-B-0244
**Date and Time:** 8/15/2024 11:25 AM         **Legal Name:** K&M Pets LLC
**Inspection No:** 2016090001087491           **Facility Name:** K&M Pets LLC
**Description:** Picture of the puppy in the enclosure with the hole repaired with
wire.



**CFR:3.6(a)(2)(i)**

**Photographer:** clb

**Date and Time:** 8/15/2024 11:38 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** Close up of the hole in the puppy enclosure that has been repaired with wire. The wire has sharp points and the puppy was seen by the inspectors sticking its head through the hole.



**CFR:2.132(d)**

**Photographer:** clb

**Date and Time:** 8/14/2024 12:55 PM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** A photo of an acquisition of three skunks from an unlicensed breeder.



**CFR:2.131(d)(2)**

**Photographer:** kh

**Date and Time:** 8/15/2024 11:18 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** A member of the public that is a child with his whole arm in the fox enclosure with no attendant around.



**CFR:2.131(d)(2)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 11:48 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Two members of the public, one being a child, with full access to the animals including the baby kinkajou and no attendant in site and no employees/attendants are recognizable.



**CFR:2.131(a)**

**Photographer:** kh

**Certificate:** 34-B-0244

**Date and Time:** 8/15/2024 11:41 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Fox showing signs of stress when the public is present with nowhere to hide.



CFR:2.131(a)

**Photographer:** kh

**Date and Time:** 8/15/2024 11:14 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** puppy being housed in the are of a young kinkajou and coati. Predator animals housed next to prey animals.



**CFR:2.131(a)**

**Photographer:** kh

**Certificate:** 34-B-0244

**Date and Time:** 8/15/2024 11:26 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** A fox being housed in the area that houses coatis and three kinkajous. Predator animals near and in sight of prey animals showing signs of stress.



**CFR:2.131(d)(2)**

**Photographer:** 4014

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 11:43 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Two members of the public, one being a child, with full access to the animals including the baby kinkajou and no attendant in site and no employees/attendants are recognizable.



**CFR:2.131(a)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 11:31 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Two kinkajou showing signs of stress with vocalization and pacing housed next to a hyena in an enclosure that is too small.



**CFR:2.131(a)**

**Photographer:** clb

**Date and Time:** 8/14/2024 11:29 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** The adult coati showing signs of stress by constantly pacing with nowhere to hide from the predator animals near by or the public.



**CFR:2.131(a)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 11:23 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Both adult and young coati showing stereotypical signs of stress due to small enclosure with no where to hide from predator animals in sight and the public.



**CFR:2.131(a)**

**Photographer:** clb

**Date and Time:** 8/14/2024 3:17 PM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** A young coati in an enclosure between a puppy and a fox with no where to hide from the predator animals or the public. This young coati is showing signs of stress by constantly pacing.



**CFR:2.131(a)**

**Photographer:** clb

**Date and Time:** 8/14/2024 11:14 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** Questions and answers concerning knowledge and experience of the hyena held at the facility. This document shows lack of knowledge and no one with experience with hyenas and no veterinary oversight of care and use of the animal.



**CFR:2.131(d)(2)**

**Photographer:** kh

**Date and Time:** 8/15/2024 11:29 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** A member of the public face to face with the baby kinkajou and her fingers inside the enclosure.



United States Department of Agriculture

Animal and Plant Health Inspection Service

CBONGARD

**INS-0001087490**

## Inspection Report

K&M Pets LLC

4301 Kirkwood Dr
Saginaw, MI 48638

Customer ID: **6011853**

Certificate: **34-B-0244**

Site: 001

K&M Pets LLC

Type: RESCINDED INSPECTION

Date: 14-AUG-2024

**2.75(b)(1)**

**Records: Dealers and exhibitors.**

The licensee is not keeping a record of animals on hand that includes both births and deaths at the facility. The facility has a group of hedgehogs that they purposefully breed for sale. The only records kept at the facility are individual acquisition and disposition records for animals acquired from other facilities.

Records are required to trace and track animals in case of disease and to ensure there are not high mortality rates. Every dealer shall make, keep, and maintain records or forms which fully and correctly disclose the following information concerning animals other than dogs and cats, purchased or otherwise acquired, owned, held, leased, or otherwise in his or her possession or under his or her control, or which is transported, sold, euthanized, or otherwise disposed of by that dealer or exhibitor. The records shall include any offspring born of any animal while in his or her possession or under his or her control.

To be corrected from this day forward, August19, 2024

**2.131(a)**

**Handling of animals.**

The licensee lacks knowledge and experience with the spotted hyena, coatis and kinkajous that they maintain. This lack of knowledge is demonstrated by the feeding of inappropriate diets for the animals and lack of knowledge of appropriate enclosures, including size of enclosure and positioning prey animals near or in sight of predator animals. There is no one at the facility that has any prior experience working with hyenas.

Lack of knowledge of the animals maintained at the facility leads to poor diet and stress behaviors. Poor diet can result in metabolic bone disease, poor body and muscle development and other metabolic diseases, including diabetes. Lack of space and being positioned in enclosure near predators can lead to abnormal stress behaviors, such as pacing noted during the inspection.

All licensees who maintain wild or exotic animals must demonstrate adequate experience and knowledge of the species they maintain. Acquisition of such knowledge and experience can be attained by a variety of means, such as expert consultants or an employing and Attending Veterinarian with training and experience with these species.

To be corrected from this day forward, August 19, 2024

**2.131(d)(2)**

**Handling of animals.**

| | |
|---|---|
| **Prepared By:** CARRIE BONGARD | **Date:** |
| USDA, APHIS, Animal Care | 19-AUG-2024 |
| **Title:** ANIMAL CARE INSPECTOR | |
| **Received by Title:** Facility Representative | **Date:** |
| | 19-AUG-2024 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

CBONGARD

**INS-0001087490**

## Inspection Report

There are no attendants or employees that are identifiable in any way. The public has contact with all animals without the presence of any attendant or employee. The inspectors noted juvenile and adult members of the public having their faces near the primary enclosures and sticking their fingers, hands, arms and faces near and in the primary enclosures for the fox, kinkajous and coatis. There was also a young girl that took the young kinkajou out of its enclosure and carried it around without any attendants around. The employees, when present, did not prevent the juvenile and adult members of the public from directly contacting the animals and handling them improperly.

Allowing the public free access to all animals without an attendant present or attendants that do not intervene to prevent free access can lead to the animal being dropped, or an animal to escape which can lead to animal injury. Members of the public may receive injuries, such as bites or scratches.
A responsible, knowledgeable, and readily identifiable employee or attendant must be present at all times during periods of public contact to protect the animals and members of the public.

To be corrected by August 23, 2024

**2.132(d)**                 **Critical**

**Procurement of dogs, cats, and other animals; dealers.**

According to records reviewed by the inspectors, the licensee acquired three skunks on July 3, 2024, from an unlicensed breeder.
All licensees must acquire wild and exotic animals from a licensed facility. A license is required to ensure all parties are in compliance with the animal welfare act.
No dealer or exhibitor shall knowingly obtain any dog, cat, or other animal from any person who is required to be licensed but who does not hold a current, valid, and unsuspended license.
To be corrected from this day forward, August 19, 2024

**2.134(a)**

**Contingency planning.**

The existing contingency plan does not contain provisions related to the potential for escape of animals. This component of the plan is vitally important, especially when a facility has dangerous animals, such as a hyena.
Lack of a contingency for the escape of an animal, especially a dangerous animal, can lead to injury to the public, and/or animal injury or death. Without this plan component, appropriate methods and equipment necessary for the prompt recovery of animals may not be available should an escape occur.
Dealers must develop, document, and follow an appropriate plan to provide for the humane handling, treatment, transportation, housing, and care of their animals in the event of an emergency or disaster (one which could reasonably be anticipated and expected to be detrimental to the good health and well-being of the animals in their possession). Such contingency plans must identify situations the licensee or registrant might experience that would trigger the need for the measures identified in a contingency plan to be put into action including, but not limited to, emergencies such as electrical outages, faulty HVAC systems, fires, mechanical breakdowns, and animal escapes, as well as natural disasters most likely to be experienced.
To be corrected by August 28, 2024

**3.6(a)(2)(i)**

| Prepared By: | CARRIE BONGARD | Date: |
|---|---|---|
| | USDA, APHIS, Animal Care | 19-AUG-2024 |
| Title: | ANIMAL CARE INSPECTOR | |

| Received by Title: | Facility Representative | Date: |
|---|---|---|
| | | 19-AUG-2024 |



United States Department of Agriculture

Animal and Plant Health Inspection Service

CBONGARD

**INS-0001087490**

## Inspection Report

**Primary enclosures.**

The primary enclosure housing the puppy has a hole in the wire mesh of approximately six inches in diameter. Wire has been loosely woven through the opening. There are sharp points on this wire and the puppy was seen sticking his head through the loose wire.
Primary enclosures that are not maintained in good repair and have sharp points can cause injury to the dogs/puppies. The puppy may get its head stuck resulting in injury.
Primary enclosures must be constructed and maintained so that they have no sharp points or edges that could injure the dogs. The primary enclosures must contain the dogs securely and keep other animals from entering the enclosure.
To be corrected by end of business August 20, 2024

**3.56(b)**

**Sanitation.**

The primary enclosure for the white angora rabbit housed with a white rabbit with black ears has the vinyl coming off the wire part of the enclosure and the wires have surface rust.
Rust is a porous material and therefore cannot be properly sanitized. Sanitizing of enclosures is required to help eliminate odor, pests and disease hazards.
Ensure all rabbit enclosures are free of rust so that primary enclosures for rabbits can be sanitized at least once every 30 days in the manner provided in paragraph (b)(3) of this section.
To be corrected by August 23, 2024

This inspection and exit interview were conducted with a facility representative.

This is a continuation of the report for the routine inspection conducted August 14, 2024 and August 15, 2024 and contains the remaining non-compliances found during the inspection. The exit briefing for the items included on this report was conducted on August 19, 2024.

Additional Inspectors:

KURT HAMMEL, VETERINARY MEDICAL OFFICER

| **Prepared By:** | CARRIE BONGARD | **Date:** |
| | USDA, APHIS, Animal Care | 19-AUG-2024 |
| **Title:** | ANIMAL CARE INSPECTOR | |

| **Received by Title:** | Facility Representative | **Date:** |
| | | 19-AUG-2024 |



United States Department of Agriculture

Animal and Plant Health Inspection Service

Customer: 6011853

Inspection Date: 14-Aug-2024

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|-----------|
| 6011853 | 34-B-0244 | 001 | K&M Pets LLC | 14-AUG-2024 |

| Count | Scientific Name | Common Name |
|-------|-----------------|-------------|
| 000042 | *Atelerix algirus* | ALGERIAN HEDGEHOG |
| 000002 | *Chinchilla lanigera* | CHINCHILLA |
| 000004 | *Cavia porcellus* | DOMESTIC GUINEA PIG |
| 000001 | *Choloepus didactylus* | LINNAEUS'S TWO-TOED SLOTH |
| 000001 | *Petaurus breviceps* | SUGAR GLIDER |
| 000001 | *Canis familiaris* | DOG PUPPY |
| 000002 | *Mustela putorius furo* | DOMESTIC FERRET |
| 000002 | *Mesocricetus auratus* | SYRIAN / GOLDEN HAMSTER |
| 000011 | *Melopsittacus undulatus* | BUDGERIGAR / BUDGIE / COMMON PARAKEET / SHELL PARAKEET |
| 000002 | *Myiopsitta monachus* | MONK PARAKEET / QUAKER PARROT |
| 000005 | *Nymphicus hollandicus* | COCKATIEL |
| 000003 | *Agapornis spp hybrid* | LOVEBIRD HYBRID |
| 000003 | *Bolborhynchus lineola* | BARRED PARAKEET / LINEOLATED PARAKEET |
| 000010 | *Oryctolagus cuniculus* | DOMESTIC RABBIT / EUROPEAN RABBIT |
| 000002 | *Vulpes vulpes* | RED FOX (INCLUDES SILVER FOX & CROSS FOX) |
| 000007 | *Potos flavus* | KINKAJOU |
| 000005 | *Taeniopygia guttata* | ZEBRA FINCH / TIMOR ZEBRA FINCH |
| 000001 | *Ara chloropterus* | RED-AND-GREEN MACAW / GREEN-WINGED MACAW |
| 000005 | *Meriones unguiculatus* | MONGOLIAN GERBIL |
| 000003 | *Geopelia cuneata* | DIAMOND DOVE |
| 000001 | *Crocuta crocuta* | SPOTTED HYENA |
| 000002 | *Nasuella olivacea* | MOUNTAIN COATI |
| 000002 | *Cynomys ludovicianus* | BLACK-TAILED PRAIRIE DOG |
| 000001 | *Streptopelia capicola* | BARBARY DOVE / RINGED TURTLE-DOVE / RINGNECK DOVE |
| 000001 | *Euphractus sexcinctus* | YELLOW ARMADILLO |
| 000001 | *Didelphis virginiana* | VIRGINIA OPOSSUM |
| 000001 | *Procyon lotor* | RACCOON |
| 000001 | *Pavo cristatus* | INDIAN PEAFOWL / COMMON PEAFOWL / PEAHEN / PEACOCK |
| 000008 | *Lonchura striata domestica* | SOCIETY FINCH / BENGALESE FINCH |
| 000001 | *Psittacula cyanocephala* | PLUM-HEADED PARAKEET |
| 000001 | *Trichoglossus moluccanus* | RAINBOW LORIKEET |
| 000132 | **Total** | |



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 6011853
Inspection Date: 14-Aug-2024

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---------|---------|------|-----------|------------|
| 6011853 | 34-B-0244 | 001 | K&M Pets LLC | 14-AUG-2024 |



CFR:3.56(b)

**Photographer:** clb

**Date and Time:** 8/14/2024 11:57 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** Areas of plastic coating that are no longer present and the wire has rust. This enclosure housed the white angora rabbit with a white rabbit with black ears. Rust is a porous material that cannot be sanitized.



**CFR:3.6(a)(2)(i)**

**Photographer:** kh

**Certificate:** 34-B-0244

**Date and Time:** 8/15/2024 11:25 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Picture of the puppy in the enclosure with the hole repaired with wire.



**CFR:3.6(a)(2)(i)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/15/2024 11:38 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Close up of the hole in the puppy enclosure that has been repaired with wire. The wire has sharp points and the puppy was seen by the inspectors sticking its head through the hole.



**CFR:2.131(d)(2)**

**Photographer:** clb

**Date and Time:** 8/14/2024 12:55 PM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** A photo of an acquisition of three skunks from an unlicensed breeder.



**CFR:2.131(d)(2)**

**Photographer:** kh

**Date and Time:** 8/15/2024 11:29 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** A member of the public face to face with the baby kinkajou and her fingers inside the enclosure.



**CFR:2.131(d)(2)**

**Photographer:** kh

**Date and Time:** 8/15/2024 11:18 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** A member of the public that is a child with his whole arm in the fox enclosure with no attendant around.



**CFR:2.131(d)(2)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 11:48 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Two members of the public, one being a child, with full access to the animals including the baby kinkajou and no attendant in site and no employees/attendants are recognizable.



**CFR:2.131(d)(2)**

**Photographer:** 4014

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 11:43 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Two members of the public, one being a child, with full access to the animals including the baby kinkajou and no attendant in site and no employees/attendants are recognizable.



**CFR:2.131(a)**

**Photographer:** kh

**Certificate:** 34-B-0244

**Date and Time:** 8/15/2024 11:41 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Fox showing signs of stress when the public is present with nowhere to hide.



**CFR:2.131(a)**

**Photographer:** kh

**Date and Time:** 8/15/2024 11:14 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** puppy being housed in the are of a young kinkajou and coati. Predator animals housed next to prey animals.



**CFR:2.131(a)**

**Photographer:** kh

**Date and Time:** 8/15/2024 11:26 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** A fox being housed in the area that houses coatis and three kinkajous. Predator animals near and in sight of prey animals showing signs of stress.



**CFR:2.131(a)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 11:31 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Two kinkajou showing signs of stress with vocalization and pacing housed next to a hyena in an enclosure that is too small.



**CFR:2.131(a)**

**Photographer:** clb

**Date and Time:** 8/14/2024 11:29 AM

**Inspection No:** 2016090001087491

**Certificate:** 34-B-0244

**Legal Name:** K&M Pets LLC

**Facility Name:** K&M Pets LLC

**Description:** The adult coati showing signs of stress by constantly pacing with nowhere to hide from the predator animals near by or the public.



**CFR:2.131(a)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 11:23 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Both adult and young coati showing stereotypical signs of stress due to small enclosure with no where to hide from predator animals in sight and the public.



**CFR:2.131(a)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 3:17 PM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** A young coati in an enclosure between a puppy and a fox with no where to hide from the predator animals or the public. This young coati is showing signs of stress by constantly pacing.



**CFR:2.131(a)**

**Photographer:** clb

**Certificate:** 34-B-0244

**Date and Time:** 8/14/2024 11:14 AM

**Legal Name:** K&M Pets LLC

**Inspection No:** 2016090001087491

**Facility Name:** K&M Pets LLC

**Description:** Questions and answers concerning knowledge and experience of the hyena held at the facility. This document shows lack of knowledge and no one with experience with hyenas and no veterinary oversight of care and use of the animal.