Exhibit 24:

June 4, 2025

Attempted Inspection Checklist

# Attempted Inspection Checklist

Inspector Name: Bryan Voetberg & Kevin Wilken  Licensee/Registrant name: K&M Pets LLC

Customer #: 6011853  License/Registration #: 34-B-0244

**Pre-Inspection Prep:**

- ☑ Review optimal hours, contact info, facility representatives and Facility Contact Worksheet (if applicable)

**Attempted Inspection:** ☐ **First** ☐ **Second** ☑ **Other** 6th consecutive attempted  Date 6/4/2025

- ☑ Attempt to make contact - call all contact numbers, honk, knock on doors, ring doorbell, etc.
  - ☑ Licensee/Registrant ☐ Facility Representative ☐ Other _____
  - ☑ Message left (state name, purpose, phone number, and request return call)
- ☐ Contact made
  - ☐ Available within **60 minutes** ☐ Not available within **60 minutes** (after contact is made)
- ☐ No contact made within 30 minutes of arrival
  - ☐ Leave-behind flyer

Inspection Outcome:

- ☐ Inspection completed  - ☐ Licensee/Registrant ☐ Facility Representative
- ☑ Attempted Inspection report written ☐ No Attempted written, enter reason - _____

Post-Attempted Procedures (attempt to contact licensee - three tries – document date and time)

1st try 06/04/2025 5:00 PM  2nd try 06/09/2025 07:54 AM  3rd try 06/11/2025 06:50 PM

- ☑ No contact made after three tries
  - ☑ Send appropriate "Attempted Inspection" letter and "Benefits of Inspection and Optimal Hours" enclosure
    - ☐ Licensee made contact after receiving letter (See below for when contact is made)
    - ☑ No contact made after letter sent (wait at least two weeks before attempting next inspection)
- ☐ Contact made with licensee/registrant - Date_____
  - ☐ Discuss optimal hours (if eligible), facility rep, etc. as outlined in the Attempted Inspection Script
  - ☐ Complete "Facility Contact Worksheet"
  - ☐ **If eligible (2nd consecutive attempted/three attempteds in two years)**, set up Courtesy Visit (within two weeks of call/contact) – Date of planned Courtesy Visit_____
    - ☐ Licensee/registrant declined Courtesy Visit (state reason in notes section)

**Courtesy Visit (after 2nd consecutive attempted or three attempted inspections in two years):** Date_____

- ☐ "Attempted Inspection" PowerPoint ☐ Facility Walkthrough ☐ Facility Contact Worksheet completed/updated
- ☐ Notify licensee/registrant that an unannounced inspection will follow
- ☐ Leave contact info/business card ☐ Ask licensee to notify you of schedule/optimal hour changes, etc.

**Unannounced follow-up Inspection (within 2 months of Courtesy Visit):**  Date_____

- ☐ Inspection completed - ☐ Licensee/Registrant ☐ Facility Representative
- ☐ Attempted inspection report written ☐ No Attempted written, enter reason - _____
  **If unsuccessful (i.e. a written attempted) – will be automatically routed to the Compliance Assurance Staff

Notes: _____

Contact with a store employee was achieved.  The store employee stated that the the licensee required that he be present for the inspection.  The employee also stated that he tried to contact the licensee multiple times and left two voice messages.  Kevin Wilken also left two voice messages with the licensee.  Contact with the store employee was first made at 10:20 AM and the first voice message Kevin Wilken left with the licensee was at 10:22 AM.  The licensee never called Kevin or the store employee back.  We left at 11:30 am.

Updated October 26, 2021