Exhibit 25:

January 23, 2026

Attempted Inspection Checklist

# **Attempted Inspection Checklist**

Inspector Name: Mark Sanderbeck_____   Licensee/Registrant name: K&M Pets LLC_____

Customer #: 6011853_____   License/Registration #: 34-B-0244_____

**Pre-Inspection Prep:**

- ◼ Review ACIS for optimal hours, contact info, facility representatives and Facility Contact Worksheet (if applicable)

**Attempted Inspection:** ☐ First ☐ Second ◼ Other 11th_____   Date 23-Jan-2026_____

- ◼ Attempt to make contact - call all contact numbers, honk, knock on doors, ring doorbell, etc.
    - ◼ Licensee/Registrant ◼ Facility Representative ☐ Other _____
    - ◼ Message left (state name, purpose, phone number, and request return call)
- ◼ Contact made
    - ☐ Available within **60 minutes** ☐ Not available within **60 minutes** (after contact is made)
- ☐ No contact made within 30 minutes of arrival
    - ☐ Leave-behind flyer

Inspection Outcome:

- ☐ Inspection completed  - ☐ Licensee/Registrant ☐ Facility Representative
- ◼ Attempted Inspection report written ☐ No Attempted written, enter reason - _____

Post-Attempted Procedures (attempt to contact licensee - three tries – document date and time)

1st try 01/23/26 @12:51 PM CALL_____ 2nd try 01/23/26 @ 4:56 PM Text_____ 3rd try 01/23/26 @ 7:52 PM Email_____

- ◼ No contact made after three tries
    - ☐ Send appropriate "Attempted Inspection" letter and "Benefits of Inspection and Optimal Hours" enclosure
        - ☐ Licensee made contact after receiving letter (See below for when contact is made)
        - ☐ No contact made after letter sent (wait at least two weeks before attempting next inspection)
- ☐ Contact made with licensee/registrant - Date_____
    - ☐ Discuss optimal hours (if eligible), facility rep. etc. as outlined in the Attempted Inspection Script
    - ☐ Complete "Facility Contact Worksheet"
    - ☐ **If eligible (2nd consecutive attempted/three attempteds in two years)**, set up Courtesy Visit (within two weeks of call/contact) – Date of planned Courtesy Visit_____
        - ☐ Licensee/registrant declined Courtesy Visit (state reason in notes section)

**Courtesy Visit (after 2nd consecutive attempted or three attempted inspections in two years):** Date n/a_____

- ☐ "Attempted Inspection" PowerPoint ☐ Facility Walkthrough ☐ Facility Contact Worksheet completed/updated
- ☐ Notify licensee/registrant that an unannounced inspection will follow
- ☐ Leave contact info/business card ☐ Ask licensee to notify you of schedule/optimal hour changes, etc.

**Unannounced follow-up Inspection (within 2 months of Courtesy Visit):** Date n/a_____

- ☐ Inspection completed - ☐ Licensee/Registrant ☐ Facility Representative
- ☐ Attempted inspection report written ☐ No Attempted written, enter reason - _____
    - **If unsuccessful (i.e. a written attempted) – will be automatically routed to the Compliance Support Staff

Notes:

Contact was made by the store employee that stated the licensee does not authorize him to facilitate inspections.