United States District Court
Eastern District of Michigan

United States of America,

      Plaintiff,                           Civil No. 2:26-cv-10644-MAG-PTM

v.

K&M Pets LLC d/b/a Custom
Creatures,

      Defendant.

---

## [Proposed] Temporary Restraining Order

---

Plaintiff, United States of America, filed a Motion for Temporary Restraining Order and Preliminary Injunction against Defendant K&M Pets LLC doing business as Custom Creatures ("K&M Pets"), under Federal Rule of Civil Procedure 65 and Section 2146(c) of the Animal Welfare Act ("AWA"), 7 U.S.C. § 2146(c). The United States requested, in part, that the Court enjoin K&M Pets, including its officers, agents, servants, employees, and those working in active concert with it, from operating its facilities, located at 2750 Bay Road, Saginaw, Michigan, and 582 S. Main Street, Lapeer, Michigan ("Facilities"), in violation of the AWA, its regulations, and standards for a period of 14 days.

1

Upon consideration of the United States' Brief in Support of the Motion, including the exhibits and declaration submitted therewith, the Court find that the United States has met the standards for temporary preliminary injunctive relief under Section 2146(c) of the AWA, 7 U.S.C. § 2146(c), and hereby GRANTS the motion for a temporary restraining order and defers ruling on the motion for a preliminary injunction.

For a period of 14 days from the date of this Temporary Restraining Order, it is ORDERED that K&M Pets, including its officers, agents, servants, employees, and those working in active concert with it, must:

1. Cease from engaging in any activity regulated by the AWA or its regulations or standards;

2. Allow APHIS officials, during any business hours, to enter K&M Pets' facilities for unannounced inspections, to examine records required to be kept by the AWA and its implementing regulations and standards, to make copies of the records, to inspect and photograph the facilities, property, and animals, as the APHIS officials consider necessary, and to document conditions and areas of noncompliance;

3. Make a responsible adult available to accompany APHIS officials during the inspection process;

4.      Provide K&M Pets' Program of Veterinary Care and formal arrangements with its Attending Veterinarian(s) to counsel for the United States, within forty-eight (48) hours of the Court's order;

5.      Provide a complete inventory of animals within K&M Pets' care, including the species, sex, age, and—for any dogs or cats—unique identification number, to counsel for the United States within forty-eight (48) hours of the Court's order and provide notice to undersigned counsel within seventy-two (72) hours of any changes to the inventory, including the birth or death of any animals at the facilities.

6.      Provide to counsel for the United States of America within forty-eight (48) hours of this Order a list of every location at which they have any AWA-regulated animals;

7.      Provide to counsel for the United States of America within forty-eight (48) hours of this Order complete and legible disposition records since February 20, 2026 for all animals that were or are held, maintained, or possessed by K&M Pets, or any of its officers, agents, servants, employees, or those working in active concert with it;

8.      Provide veterinary records within the past year for all animals that were or are held, maintained, or possessed by K&M Pets, or any of its officers, agents,

servants, employees, or those working in active concert with it, within seven (7) days;

9.     Provide complete and legible disposition records from the past calendar year for all animals that were or are held, maintained, or possessed by K&M Pets, or any of its officers, agents, servants, employees, or those working in active concert with it, within fourteen (14) days; and

10.     Refrain from acquiring by birth[1] or transfer or disposing by euthanasia or transfer any AWA-regulated animals in K&M Pets' possession or control without the consent of the United States or, if the United States denies consent, a court order.

SO ORDERED.

DATED: _____     _____
                                    Hon. Mark A. Goldsmith
                                    U.S. District Judge

---

[1] "Acquiring by birth" as used in this paragraph shall not include animals born to an animal that is pregnant on or before the time that the Court enters this order.