United States District Court
Eastern District of Michigan

United States of America,

       Plaintiff,

v.

K&M Pets LLC d/b/a Custom
Creatures,

       Defendant.

Civil No. 2:26-cv-10644-MAG-PTM

---

## Preliminary Injunction

---

Plaintiff, United States of America, filed a Motion for Temporary Restraining Order and Preliminary Injunction against Defendant K&M Pets LLC doing business as Custom Creatures ("K&M Pets"), under Federal Rule of Civil Procedure 65 and Section 2146(c) of the Animal Welfare Act ("AWA"), 7 U.S.C. § 2146(c). The United States requested  that the Court enjoin K&M Pets, including its officers, agents, servants, employees, and those working in active concert with it, from operating its facilities, located at 2750 Bay Road, Saginaw, Michigan, and 582 S. Main Street, Lapeer, Michigan ("Facilities"), in violation of the AWA, its regulations, and standards. The Court granted the Motion for Temporary

Restraining Order and set a hearing regarding the Motion for Preliminary Injunction for March 10, 2026. The United States filed a Motion to Enforce the Temporary Restraining Order and Modify the Requested Preliminary Injunction on March 9, 2026.

Upon consideration of the United States' Brief in Support of the Motion for Preliminary Injunction and the Brief in Support of the Motion to Enforce the Temporary Restraining Order and Modify the Requested Preliminary Injunction, including the exhibits and declarations submitted therewith, the Court find that the United States has met the standards for preliminary injunctive relief under Section 2146(c) of the AWA, 7 U.S.C. § 2146(c), and has shown that enforcement of the Temporary Restraining Order is warranted, and hereby GRANTS the motion for a preliminary injunction and motion to enforce the temporary restraining order and modify the requested preliminary injunction.

It is ORDERED that K&M Pets, including its officers, agents, servants, employees, and those working in active concert with it, must:

1. Cease from engaging in any activity regulated by the AWA or its regulations or standards;

2. Allow APHIS officials, during any business hours, to enter K&M Pets' facilities for unannounced inspections, to examine records required to be kept by the AWA and its implementing regulations and standards, to make copies of the records,

to inspect and photograph the facilities, property, and animals, as the APHIS officials consider necessary, and to document conditions and areas of noncompliance;

3.      Make a responsible adult available to accompany APHIS officials during the inspection process;

4.      Provide notice to undersigned counsel within seventy-two (72) hours of any changes to the inventory of AWA-regulated animals within K&M Pets' care provided to counsel for the United States on March 2, 2026 or the inventory/inventories described in Paragraph 5, including the birth or death of any AWA-regulated animals at the facilities.

5.      Provide to counsel for the United States of America within forty-eight (48) hours of this Order a list of every location at which they (K&M Pets, including its officers, agents, servants, employees, and those working in active concert with it) have any AWA-regulated animals, and for any locations not listed on the list provided to counsel for the United States on March 2, 2026, provide a complete inventory of the animals at that location;

6.      Provide to counsel for the United States complete and legible disposition records from the past calendar year for all animals that were or are held, maintained, or possessed by K&M Pets, or any of its officers, agents, servants,

employees, or those working in active concert with it, within fourteen (14) days of issuance of the Temporary Restraining Order (ECF No. 6); and

7.      Refrain from acquiring by birth[1] or transfer or disposing by euthanasia or transfer any AWA-regulated animals in K&M Pets' (including its officers, agents, servants, employees, and those working in active concert with it) possession or control without the consent of the United States or, if the United States denies consent, a court order.

**SO ORDERED.**

Dated: March 12, 2026                                      s/Mark A. Goldsmith
Detroit, Michigan                                           MARK A. GOLDSMITH
                                                            United States District Judge

---

[1] "Acquiring by birth" as used in this paragraph shall not include animals born to an animal that is pregnant on or before the time that the Court enters this order.