Exhibit 1:

March 14, 2026 Email from Kallan Hohman

| | | |
|---|---|---|
| **From:** | Kallan Hohman | |
| **To:** | Caschette, Kamela (ENRD) | |
| **Subject:** | [EXTERNAL] Re: United States of America v. K&M Pets LLC | |
| **Date:** | Saturday, March 14, 2026 9:55:14 AM | |

Attachments available until April 13, 2026.

For clarity regarding item 5 of the Court's Order, the location list previously provided reflects all locations where animals owned or controlled by K&M Pets LLC are located. There are no additional locations or animals beyond those already disclosed.

| Download from iCloud | Download from iCloud | Download from iCloud |
|---|---|---|
| 7.pdf | 6.pdf | 5.pdf |
| 10.5 MB | 12.8 MB | 11.7 MB |

| Download from iCloud | Download from iCloud | Download from iCloud |
|---|---|---|
| 4.pdf | 3.pdf | 2.pdf |
| 13.5 MB | 13.5 MB | 13.1 MB |

| Download from iCloud | Download from iCloud |
|---|---|
| 1.pdf | Site Locations.pdf |
| 12.5 MB | 25 KB |

On Mar 12, 2026, at 9:56 AM, "Caschette, Kamela (ENRD)" <Kamela.Caschette@usdoj.gov> wrote:

Attached please find a preliminary injunction issued by the Court this morning at approximately 9:45am.

<image001.jpg>   Kamela A. Caschette
TRIAL ATTORNEY

U.S. DEPARTMENT OF JUSTICE

Environment & Natural Resources Division

Wildlife & Marine Resources Section

150 M St NE| Washington, DC 20002

(202) 598-7868

Kamela.Caschette@usdoj.gov

---

**From:** Caschette, Kamela (ENRD)
**Sent:** Monday, March 9, 2026 3:47 PM
**To:** 'Kallan Hohman' <klhohman22@icloud.com>; 'support@thecustomcreatures.com'
<support@thecustomcreatures.com>
**Cc:** Carrara, Christian (ENRD) <Christian.Carrara@usdoj.gov>; Ballard, Bonnie M.
(ENRD) <Bonnie.M.Ballard@usdoj.gov>
**Subject:** RE: United States of America v. K&M Pets LLC

Mr. Hohman,

Attached please find an order from the Court.

Best,

<image001.jpg>   Kamela A. Caschette
TRIAL ATTORNEY

U.S. DEPARTMENT OF JUSTICE

Environment & Natural Resources Division

Wildlife & Marine Resources Section

150 M St NE| Washington, DC 20002

(202) 598-7868

Kamela.Caschette@usdoj.gov

---

**From:** Caschette, Kamela (ENRD)
**Sent:** Monday, March 9, 2026 12:39 PM
**To:** 'Kallan Hohman' <klhohman22@icloud.com>; 'support@thecustomcreatures.com' <support@thecustomcreatures.com>
**Cc:** Carrara, Christian (ENRD) <Christian.Carrara@usdoj.gov>; Ballard, Bonnie M. (ENRD) <Bonnie.M.Ballard@usdoj.gov>
**Subject:** RE: United States of America v. K&M Pets LLC

Mr. Hohman,

Attached please find a copy of the United States' Motion to Enforce the Temporary Restraining Order and Modify the Requested Preliminary Injunction, brief, and attachments filed with the Court today. Please note that the United States would consider the disposition or transfer of any AWA-regulated animals at the residence of you or Mr. Chambers, including the sloth, to be a violation of Paragraph 10 of the Temporary Restraining Order.

As a reminder, we cannot provide you with legal advice, other than advising that you obtain counsel. If you have retained counsel, please have them reach out to us to schedule a call.

Best,

Kamela A. Caschette
TRIAL ATTORNEY

U.S. DEPARTMENT OF JUSTICE

Environment & Natural Resources Division

Wildlife & Marine Resources Section

150 M St NE| Washington, DC 20002

(202) 598-7868

Kamela.Caschette@usdoj.gov

---

**From:** Caschette, Kamela (ENRD)
**Sent:** Monday, March 9, 2026 9:02 AM
**To:** 'Kallan Hohman' <klhohman22@icloud.com>; 'support@thecustomcreatures.com' <support@thecustomcreatures.com>
**Cc:** Carrara, Christian (ENRD) <Christian.Carrara@usdoj.gov>; Ballard, Bonnie M. (ENRD) <Bonnie.M.Ballard@usdoj.gov>
**Subject:** United States of America v. K&M Pets LLC

Good morning Mr. Hohman,

I am writing to inform you that the United States will be filing a motion to enforce the temporary restraining order today. To the best of our knowledge, K&M Pets remains unrepresented by counsel in this matter and thus could not stipulate to any of the relief sought. If K&M Pets has retained an attorney, please have the attorney contact us. Otherwise, we will proceed with filing the motion.

Best,

<image001.jpg>   Kamela A. Caschette
TRIAL ATTORNEY

U.S. DEPARTMENT OF JUSTICE

Environment & Natural Resources Division

Wildlife & Marine Resources Section

150 M St NE| Washington, DC 20002

(202) 598-7868

Kamela.Caschette@usdoj.gov

<US_DIS_MIED_1_26cv10644_PRELIMINARY_INJUNCTION.pdf><ECF Notification - Preliminary Injunction in 1_26-cv-10644-MAG-PTM United States of America v. K&M Pets LLC.pdf>