Exhibit 2:

Sloth and Hedgehog Disposition Records

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0036. The time required to complete this information collection is estimated to average 6 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

## RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS
### (Other Than Dogs and Cats)

☐ SALE   ☒ EXCHANGE OR TRANSFER   ☐ DONATION

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made – Items 14 through 20 must be completed by Buyer (Receiver) and copy one returned to Seller or Donor. Copy two to be retained by Seller or Donor. Attach Continuation Sheet (APHIS Form 7020A), as needed.

OMB APPROVED 0579-0036

| 1. INVOICE NUMBER | 2. PAGE |
|---|---|
| 1 | 1/1 |

3. DATE OF DISPOSITION
2/2/26

4. CERTIFICATE NUMBER
34-B-0244

**5. SELLER OR DONOR** (Name and Address, include ZIP Code)

KdM Pets LLC  2750 Bay Rd Unit 4
Saginaw MI 48603

**6. BUYER OR RECEIVER** (Name and Address, include ZIP Code)

Lucas Chambers ▮▮▮▮
Saginaw MI

7. USDA CERTIFICATE NUMBER (if any)

### 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NUMBER, CRATE OR PEN NUMBER | B. NUMBER ANIMALS | C. PREVIOUS INVOICE NUMBER (if any) | D. INDIVIDUAL IDENTIFICATION TATTOOS, TAG NUMBERS (if applicable) | E. SPECIES | F. NUMBER YOUNG M | F. NUMBER YOUNG F | G. NUMBER ADULT M | G. NUMBER ADULT F | H. EST. WEIGHT (lbs.) | REMARKS (Condition, etc.) | J. | K. RECEIVER'S USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | Sloth | | 1 | | | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |

**DELIVERY BY COMMERCIAL CARRIER**

**9. DELIVERY BY** ("X" one)
☒ Buyer's Vehicle   ☐ Seller's or Donor's Vehicle

10. VEHICLE LICENSE PLATE NUMBER

11. BILL OF LADING NUMBER

12. NAME AND ADDRESS OF TRANSPORT COMPANY OR FIRM (Include ZIP Code)

13. NAME AND ADDRESS OF VEHICLE DRIVER (Include ZIP Code)

**DELIVERY RECEIPT – TO BE COMPLETED BY BUYER OR RECEIVER**

14. ANIMALS DELIVERY WERE ("X" one)
☒ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED (Attach explanation for rejection)

15. TOTAL NUMBER RECEIVED  1

16. NUMBER DEAD  0

17. NUMBER ALIVE  1

18. BY (Signature) _____

19. TITLE  Buyer

20. DATE  2/2/26

APHIS FORM 7020
NOV 2020

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0036. The time required to complete this information collection is estimated to average 6 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**OMB APPROVED** 0579-0036

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

## RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS
### (Other Than Dogs and Cats)

[X] SALE  [ ] EXCHANGE OR TRANSFER  [ ] DONATION

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made – Items 14 through 20 must be completed by Buyer (Receiver) and copy one returned to Seller or Donor. Copy two to be retained by Seller or Donor. Attach Continuation Sheet (APHIS Form 7020A), as needed.

1. INVOICE NUMBER: 1/1

2. PAGE: 1/1

3. DATE OF DISPOSITION: 2/21/26

4. CERTIFICATE NUMBER: 34-B-0224

5. SELLER OR DONOR (Name and Address, include ZIP Code):
Kampers LLC  2750 Bay Rd U4  Saginaw MI 48603

6. BUYER OR RECEIVER (Name and Address, include ZIP Code): Ryan Paulson ▇▇▇▇ St Johns mi

7. USDA CERTIFICATE NUMBER (If any):

### 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NUMBER, CRATE OR PEN NUMBER | B. NUMBER ANIMALS | C. PREVIOUS INVOICE NUMBER (if any) | D. INDIVIDUAL IDENTIFICATION TATTOOS, TAG NUMBERS (if applicable) | E. SPECIES | F. NUMBER YOUNG M | F | G. NUMBER ADULT M | F | H. EST. WEIGHT (lbs.) | REMARKS (Condition, etc.) | J. | K. RECEIVER'S USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | | Hedgehog | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |

DELIVERY BY COMMERCIAL CARRIER

9. DELIVERY BY ("X" one): [X] Buyer's Vehicle  [ ] Seller's or Donors's Vehicle

10. VEHICLE LICENSE PLATE NUMBER:

11. BILL OF LADING NUMBER:

12. NAME AND ADDRESS OF TRANSPORT COMPANY OR FIRM (Include ZIP Code):

13. NAME AND ADDRESS OF VEHICLE DRIVER (Include ZIP Code):

### DELIVERY RECEIPT – TO BE COMPLETED BY BUYER OR RECEIVER

14. ANIMALS DELIVERY WERE ("X" one):
[X] IN APPARENT GOOD CONDITION  [ ] POOR CONDITION  [ ] REJECTED (Attach explanation for rejection)

15. TOTAL NUMBER RECEIVED: 2

16. NUMBER DEAD: 0

17. NUMBER ALIVE: 2

18. BY (Signature): *[signature]*

19. TITLE: Buyer

20. DATE: 2/21/26

APHIS FORM 7020
NOV 2020

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0036. The time required to complete this information collection is estimated to average 6 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**OMB APPROVED**
0579-0036

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

**RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS**
(Other Than Dogs and Cats)

[X] SALE   [ ] EXCHANGE OR TRANSFER   [ ] DONATION

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made — Items 14 through 20 must be completed by Buyer (Receiver) and copy one returned to Seller or Donor. Copy two to be retained by Seller or Donor. Attach Continuation Sheet (APHIS Form 7020A), as needed.

| 1. INVOICE NUMBER | 2. PAGE |
|---|---|
| 1/1 | 1/1 |

**3. DATE OF DISPOSITION**  2/11/26

**4. CERTIFICATE NUMBER**  34-B-0224

**5. SELLER OR DONOR** (Name and Address, Include ZIP Code)

K&M Pets LLC 2750 Bay Rd Unit 4
Saginaw MI 48603

**6. BUYER OR RECEIVER** (Name and Address, Include ZIP Code)

Maverick Veerky Lake [redacted]

**7. USDA CERTIFICATE NUMBER** (If any)

### 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NUMBER, CRATE OR PEN NUMBER | B. NUMBER ANIMALS | C. PREVIOUS INVOICE NUMBER (if any) | D. INDIVIDUAL IDENTIFICATION TATTOOS, TAG NUMBERS (if applicable) | E. SPECIES | AGE - SEX F. NUMBER YOUNG M | F | G. NUMBER ADULT M | F | H. EST. WEIGHT (lbs.) | REMARKS (Condition, etc.) | J. RECEIVER'S USE | K. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | Hedgehog | 1 | | | | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |

### DELIVERY BY COMMERCIAL CARRIER

**9. DELIVERY BY** ("X" one)
[X] Buyer's Vehicle   [ ] Seller's or Donors's Vehicle

**10. VEHICLE LICENSE PLATE NUMBER**

**11. BILL OF LADING NUMBER**

**12. NAME AND ADDRESS OF TRANSPORT COMPANY OR FIRM** (Include ZIP Code)

**13. NAME AND ADDRESS OF VEHICLE DRIVER** (Include ZIP Code)

### DELIVERY RECEIPT — TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERY WERE** ("X" one)
[X] IN APPARENT GOOD CONDITION   [ ] POOR CONDITION   [ ] REJECTED (Attach explanation for rejection)

**15. TOTAL NUMBER RECEIVED**  1

**16. NUMBER DEAD**  0

**17. NUMBER ALIVE**  1

**18. BY** (Signature)  Maverick Veerky

**19. TITLE**  Buyer

**20. DATE**  2/11/26

APHIS FORM 7020
NOV 2020

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0036. The time required to complete this information collection is estimated to average 6 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**OMB APPROVED** 0579-0036

## UNITED STATES DEPARTMENT OF AGRICULTURE
## ANIMAL AND PLANT HEALTH INSPECTION SERVICE

### RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS
#### (Other Than Dogs and Cats)

☒ SALE  ☐ EXCHANGE OR TRANSFER  ☐ DONATION

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. Attach Continuation Sheet (APHIS Form 7020A), as needed. (Receiver) and copy one returned to *Seller or Donor.* Copy two to be retained by *Seller or Donor.*

| 1. INVOICE NUMBER | 2. PAGE |
|---|---|
| 1/1 | 1/1 |

**3. DATE OF DISPOSITION:** 2-14-26

**4. CERTIFICATE NUMBER:** 34-B-0224

When delivery is made – Items 14 through 20 must be completed by Buyer (Receiver).

**5. SELLER OR DONOR** *(Name and Address, include ZIP Code)*

K+M Pet LLC
2750 Bay Rd Unit 4
Saginaw MI 48603

**6. BUYER OR RECEIVER** *(Name and Address, Include ZIP Code)*

Heathor Mann
Dewitt, MI

**7. USDA CERTIFICATE NUMBER** *(If any)* —

### 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NUMBER, CRATE OR PEN NUMBER | B. NUMBER ANIMALS | C. PREVIOUS INVOICE NUMBER (if any) | D. INDIVIDUAL IDENTIFICATION TATTOOS, TAG NUMBERS (If applicable) | E. SPECIES | F. NUMBER YOUNG M | F. NUMBER YOUNG F | G. NUMBER ADULT M | G. NUMBER ADULT F | H. EST. WEIGHT (lbs.) | REMARKS (Condition, etc.) | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | Hedgehog | 1 | | | | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |

RECEIVER'S USE

### DELIVERY BY COMMERCIAL CARRIER

**9. DELIVERY BY** *("X" one)*
☒ Buyer's Vehicle  ☐ Seller's or Donors's Vehicle

**10. VEHICLE LICENSE PLATE NUMBER**

**11. BILL OF LADING NUMBER**

**12. NAME AND ADDRESS OF TRANSPORT COMPANY OR FIRM** *(Include ZIP Code)*

**13. NAME AND ADDRESS OF VEHICLE DRIVER** *(Include ZIP Code)*

### DELIVERY RECEIPT – TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERY WERE** *("X" one)*
☒ IN APPARENT GOOD CONDITION  ☐ POOR CONDITION  ☐ REJECTED *(Attach explanation for rejection)*

**15. TOTAL NUMBER RECEIVED**

**16. NUMBER DEAD**

**17. NUMBER ALIVE**

**18. BY** *(Signature)*

**19. TITLE:** Buyer

**20. DATE:** 2/14-26

APHIS FORM 7020
NOV 2020