Exhibit 3:

Sugar Glider Acquisition Record

This record is required by law (7 USC 2131-2156). (9 CFR, Subchapter A, Parts 1, 2 and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

**RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT**
**OF ANIMALS** (Other Than Dogs and Cats)

☐ SALE   ☐ EXCHANGE OR TRANSFER   ☒ DONATION

1. INVOICE NO.  1-1
2. PAGE  1-1
3. DATE OF DISPOSITION  10-18-25
4. DEALER'S LICENSE NO.

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 2070A) as needed.

5. SELLER OR DONOR (Name and Address, include Zip Code)

Cynthia Oland

████████████████████ , mi ███████

6. BUYER OR RECEIVER (Name and Address, include Zip Code)

7. USDA LICENSE NO. (If any)

### 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CON TAINER TAG NO. CRATE OR PEN NO. | B. NO ANI-MALS | C. PREVIOUS INVOICE NO. (If any) | D. INDIVIDUAL IDENT TATTOOS, TAG NOS. (If applicable) | E. SPECIES | F. NO. YOUNG | | G. NO, ADULT | | H. EST, WEIGHT (lbs.) | I. | REMARKS (Condition, etc.) | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | | Sugar Glyders | M | F | M 2 | F | | | | | |
| | | | | | M | F | M | F | | | | | |
| | | | | | M | F | M | F | | | | | |
| | | | | | M | F | M | F | | | | | |
| | | | | | M | F | M | F | | | | | |
| | | | | | M | F | M | F | | | | | |
| | | | | | M | F | M | F | | | | | |
| | | | | | M | F | M | F | | | | | |
| | | | | | M | F | M | F | | | | | |
| | | | | | M | F | M | F | | | | | |
| | | | | | M | F | M | F | | | | | |
| | | | | | M | F | M | F | | | | | |

### DELIVERY BY COMMERICAL CARRIER

9. DELIVERY BY ("X" one)
10. TRUCK LICENSE NO.
11. BILL OF LADING NO.

12. NAME AND ADDRESS OF COMPANY OR FIRM
13. NAME AND ADDRESS OF TRUCK DRIVER

### DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

14. ANIMALS DELIVERY WERE ("X" ONE)

☐ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED (Attach explanation for rejection)

15. TOTAL NUMBER RECEIVED
16. NUMBER DEAD
17. NUMBER ALIVE
18. BY (Signature)
19. TITLE
20. DATE

APHIS FORM 7020 (APR 1993)