Exhibit 4:

March 26, 2026 Email from

support@thecustomcreatures.com

| **From:** | Custom Creatures Pet Shop |
| **To:** | Caschette, Kamela (ENRD); klhohman22@icloud.com |
| **Cc:** | Ballard, Bonnie M. (ENRD); Carrara, Christian (ENRD) |
| **Subject:** | [EXTERNAL] Re: United States of America v. K&M Pets LLC - Letter re: Notice of Noncompliance |
| **Date:** | Thursday, March 26, 2026 11:04:26 AM |

Ms. Caschette,

I write in response to your March 24, 2026 letter.

K&M Pets LLC disputes the assertion that it failed to disclose a location at which it has AWA-regulated animals. K&M Pets LLC's business operations are conducted from its storefront location in Saginaw, Michigan, and previously from a storefront location in Lapeer, Michigan prior to its closure in 2024. The residence referenced in your letter is not a K&M Pets LLC location. K&M Pets LLC does not own or control any sloth, and no sloth is part of K&M Pets LLC's inventory.

K&M Pets LLC previously provided a sloth disposition record. Consistent with that record, no sloth is part of K&M Pets LLC's inventory and no sloth is under K&M Pets LLC's ownership or control.

The location list previously provided identified all locations at which animals owned or controlled by K&M Pets LLC are located. K&M Pets LLC is not aware of any additional company-owned or company-controlled AWA-regulated animals or locations beyond those already disclosed, and is not aware of any AWA-regulated animals being possessed on behalf of K&M Pets LLC by its officers, employees, or others acting for it.

K&M Pets LLC has produced the company records currently available to it in response to the Court's Order. To the extent additional company records are located, they will be provided promptly.

K&M Pets LLC has made, and continues to make, good-faith efforts to comply with the Court's Order and will continue to do so.

Sincerely,
K&M Pets LLC

**From:** Caschette, Kamela (ENRD) <Kamela.Caschette@usdoj.gov>
**Sent:** Wednesday, March 25, 2026 1:08 PM
**To:** klhohman22@icloud.com <klhohman22@icloud.com>; Custom Creatures Pet Shop <support@thecustomcreatures.com>
**Cc:** Ballard, Bonnie M. (ENRD) <Bonnie.M.Ballard@usdoj.gov>; Carrara, Christian (ENRD)

<Christian.Carrara@usdoj.gov>
**Subject:** RE: United States of America v. K&M Pets LLC - Letter re: Notice of Noncompliance

Mr. Hohman,

I write with a clarification. The letter mentions acquisition records for hedgehogs that K&M Pets did not provide. The Temporary Restraining Order and Preliminary Injunction did not require the disclosure of acquisition records, so the United States will not include the acquisition records for hedgehogs in the Notice of Noncompliance that it intends to file.

Best,



Kamela A. Caschette

TRIAL ATTORNEY

U.S. DEPARTMENT OF JUSTICE

Environment & Natural Resources Division

Wildlife & Marine Resources Section

150 M St NE| Washington, DC 20002

(202) 598-7868

Kamela.Caschette@usdoj.gov

---

**From:** Caschette, Kamela (ENRD)
**Sent:** Tuesday, March 24, 2026 3:32 PM
**To:** 'Kallan Hohman' <klhohman22@icloud.com>; 'support@thecustomcreatures.com' <support@thecustomcreatures.com>
**Cc:** Ballard, Bonnie M. (ENRD) <Bonnie.M.Ballard@usdoj.gov>; Carrara, Christian (ENRD) <Christian.Carrara@usdoj.gov>
**Subject:** United States of America v. K&M Pets LLC - Letter re: Notice of Noncompliance

Mr. Hohman,

Attached please find correspondence regarding the above matter. This is also being sent to you via text message.

Best,



Kamela A. Caschette

TRIAL ATTORNEY

U.S. DEPARTMENT OF JUSTICE

Environment & Natural Resources Division

Wildlife & Marine Resources Section

150 M St NE| Washington, DC 20002

(202) 598-7868
Kamela.Caschette@usdoj.gov